# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| MILTON SCOTT, | : | |
| Petitioner | : | Case No.: 5:07-CV-273 (CAR) |
| v. | : | Proceeding Under 28 U.S.C. § 2254 |
| BRUCE CHATMAN, | : | |
| Respondent. | : | |

### *ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 16] that Respondent's Motion to Dismiss [Doc. 11] be granted and that the instant petition for habeas corpus be dismissed. Plaintiff filed no timely Objection to the Recommendation. The Court, having considered the Recommendation, agrees that the Motion should be granted and the petition dismissed as untimely filed under the AEDPA. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED.** This 19th day of August, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH